**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE MATOS,

                     Plaintiff,

   -against-                                 20 **CIVIL** 10686 (GBD)(JW)

                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 3, 2022, the Court agrees with Magistrate Judge Willis that a remand for further evidentiary proceedings is warranted. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. The ALJ's decision is reversed and this matter is remanded pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with the opinion.

**Dated:**  New York, New York

      August 3, 2022

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                         **BY:**    *K. Mango*
                                                        **Deputy Clerk**